UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION
www.moed.uscourts.gov

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., )<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>KNOCKOUT BAR & GRILL, LLC., and )<br>KEVIN CUNNINGHAM, )<br>)<br>Defendant(s). ) | Case No. 4:10CV02264 NAB |

**ORDER**

Defendants have filed a Motion for Extension of Time to File Answer or Other Responsive Pleading.

**IT IS HEREBY ORDERED** that the Defendants' Motion for Extension of Time to File Answer [Document #12] is GRANTED. Defendants' Answer or Other Responsive Pleading is due by March 30, 2011.

**IT IS FURTHER HEREBY ORDERED** that a Status Conference be set on April 1, 2011 at 10:00 a.m. in the chambers of the undersigned.

Dated this 1st day of March , 2011.

/s/Nannette A. Baker
UNITED STATES MAGISTRATE JUDGE